UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUSTIN DEAN,<br><br>                Plaintiff,<br><br>    v.<br><br>TIMOTHY RANKINE, MASYIH FORD, CITY OF TACOMA,<br><br>                Defendants. | CASE NO. C21-5822 MJP<br><br>ORDER GRANTING DEFENDANT CITY OF TACOMA'S MOTION FOR EXTENSION |

This matter comes before the Court on Defendant City of Tacoma's Motion to Extend Initial Scheduling Deadlines. (Dkt. No. 14.) Having reviewed the Motion and supporting materials, the Court GRANTS the Motion and extends by 30 days the deadlines set forth in the Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. No. 7).

The Court is aware that Plaintiff and the other Defendants have not had an opportunity to respond to Tacoma's motion, which notes on January 14, 2022. But based on its review of the Motion, the Court finds the matter suitable for decision now particularly given the upcoming Rule 26(f) conference deadline of January 10, 2022.

1    Tacoma has identified sufficient good cause under Rule 16(b) to justify a 30-day
2 extension of the initial case deadlines. Tacoma explains that given pending criminal charges
3 against Defendant Officer Timothy Rankine, Tacoma has found there to be a conflict of interest
4 in representing Rankine. Tacoma has only recently located outside counsel for Rankine, though
5 the process is not yet finalized. And outside counsel will need time to become familiar with this
6 case in order to meaningfully participate in the meet and confer process to develop the Joint
7 Status Report and exchange initial disclosures. While Plaintiff has expressed its willingness to an
8 extension, he does not want it to exceed two weeks. (Dkt. No. 15 at 7.) Having reviewed the
9 Complaint and the record presented in the Motion, the Court finds that a 30-day extension, rather
10 than a two-week extension will allow sufficient time for new counsel for Rankine to be prepared
11 to participate in the initial case scheduling and submit the Joint Status Report. While the Court is
12 sympathetic to Plaintiff's desire to move this matter along expeditiously, a slightly longer
13 extension is warranted on this record.

14    The Court GRANTS the Motion and extends the deadlines set forth in the Order
15 Regarding Initial Disclosures by 30 days.

16    The clerk is ordered to provide copies of this order to all counsel.

17    Dated January 11, 2022.

Marsha J. Pechman
United States Senior District Judge