UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUSTIN DEAN,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF TACOMA, TIMOTHY RANKINE, MASYIH FORD,<br><br>      Defendants. | CASE NO. C21-5822 MJP<br><br>ORDER GRANTING MOTION TO AMEND ANSWER |

This matter comes before the Court on Defendants' Unopposed Joint Motion to Amend Answer. (Dkt. No. 34.) Having reviewed the Motion and all supporting materials, the Court GRANTS Defendants' Motion and GRANTS LEAVE to Defendants to file their Amended Answer within 5 days of entry of this Order.

The clerk is ordered to provide copies of this order to all counsel.

Dated July 14, 2022.

                Marsha J. Pechman
                United States Senior District Judge

ORDER GRANTING MOTION TO AMEND ANSWER - 1