The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DUSTIN DEAN, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF TACOMA, TIMOTHY RANKINE, and MASYIH FORD, <br><br> Defendants. | No. 3:21-CV-05822-MJP <br><br> ORDER STAYING PROCEEDINGS <br><br> NOTED: NOVEMBER 3, 2022 |

The court hereby finds that good cause exists for staying the proceedings in this matter until the Pierce County Superior Court case No. 21-1-01288-2, *State v. Rankine et al*, has concluded or until June 1, 2023, whichever date comes first, as the stay will promote an efficient use of the court's resources

And the Court hereby finds that the parties agree that once the Pierce County criminal case has concluded, but no later than June 1, 2023, the parties will move the Court for an order lifting the stay and requesting a thirty-day extension of discovery and all deadlines which have not yet occurred along with a new trial date, and such an order promotes prompt resolution of this matter without undue delay.

ORDER STAYING PROCEEDINGS - 1
3:21-CV-05822-MJP

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

DATE THIS 4th DAY OF November, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

THE ERICKSEN FIRM LLC

By: *s/Matthew Ericksen(email authorization)*
    Matthew A Ericksen, Sr. , GA Bar No. 304088
*Attorneys for Plaintiff*
708 Holcomb Bridge Road
Norcross, GA  30071
Phone: 404-892-3543
Email: matthew@ericksenfirm.com

AND

James Bible, WSBA #33985
*Attorneys for Plaintiff*
14205 SE 36th Street, Suite 100
Bellevue, WA  98006
Phone: 425-519-3675
Email:  james@biblelawgroup.com

CITY OF TACOMA

By: *s/Michelle Yotter (email authorization)*
Michelle Yotter, WSBA #49075
*Attorney for Defendants City of Tacoma and Officer Ford*
747 Market Street, Room 1120
Tacoma, WA  98402
Phone: 253-591-5885
Email:  myotter@cityoftacoma.org

ORDER STAYING PROCEEDINGS - 2
3:21-CV-05822-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: *s/Richard Jolley*
 Richard B. Jolley, WSBA #23473
 Audrey M. Airut Murphy, WSBA #56833
 Rakiah B. Adams, WSBA #58799
*Attorneys for Defendant Officer Rankine*
801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
Phone: (206) 623-8861
Email: radams@kbmlawyers.com

ORDER STAYING PROCEEDINGS - 3
3:21-CV-05822-MJP

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423