UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUSTIN DEAN, | CASE NO. C21-5822 MJP |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO EXTEND THE STAY |
| v. | |
| CITY OF TACOMA, TIMOTHY RANKINE, MASYIH FORD, | |
| Defendants. | |

This matter comes before the Court on the Parties' Stipulated Motion to Extend Stay of Proceedings. (Dkt. No. 45.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion. The Court previously granted a stay in this case in order to allow a criminal trial (State v. Rankine et al., Pierce County Cause No. 21-1-01288-2) involving some of the named defendants in this action to conclude. (Dkt. No. 43.) The criminal trial remains ongoing, and the Parties ask the Court to extend the stay of this action. The Court finds good cause to do so, and EXTENDS the stay in this action until the underlying criminal trial is

1  resolved. Within fourteen days of the conclusion of the criminal matter, the Parties must notify
2  the Court the criminal matter has concluded, and they must file a joint status report proposing
3  deadlines for any case events that did not expire before the Court issued its initial stay and
4  propose a new trial date.
5      The clerk is ordered to provide copies of this order to all counsel.
6      Dated November 13, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge