The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DUSTIN DEAN,

Plaintiff,

v.

CITY OF TACOMA, TIMOTHY RANKINE, and MASYIH FORD,

Defendants.

No. 3:21-cv-05822-MJP

DECLARATION OF MATTHEW A. ERICKSEN, SR.

I, Matthew A. Ericksen, Sr., declare and states as follows:

1. I am over the age of 18 years. I am one of the attorneys representing Plaintiff Dustin Dean in the above-styled civil action. I am competent to make this Declaration and I make it based on my own personal knowledge.

2. Plaintiff was deposed in this matter on January 10, 2025. Attached hereto as Exhibit A is a true and accurate excerpt from Plaintiff's deposition.

3. Defendant Timothy Rankine was deposed in this matter on January 7, 2025. Attached hereto as Exhibit B is a true and accurate excerpt from Rankine's deposition.

DECLARATION OF MATTHEW A. ERICKSEN, SR. - 1

**THE ERICKSEN FIRM**
3480 PRESTON RIDGE ROAD, SUITE 500
Alpharetta, Georgia 30005
T: 404-909-4354

4. Defendant Masyih Ford was deposed in this matter on January 16, 2025. Attached hereto as Exhibit C is a true and accurate excerpt from Ford's deposition.

5. Tacoma Police Department Sergeant Todd Kitselman was deposed in this matter on January 16, 2025. Attached hereto as Exhibit D is a true and accurate excerpt from Kitselman's deposition.

6. Plaintiff's police practices expert James Pugel was deposed in this matter on February 18, 2025. Attached hereto as Exhibit E is a true and accurate excerpt from Pugel's deposition.

7. Attached hereto as Exhibit F is a true and accurate copy of Rankine's police report.

8. Attached hereto as Exhibit G is a true and accurate copy of Vanessa Ray's affidavit.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

Executed this 11th day of March, 2025.

/s/ Matthew A. Ericksen, Sr.
MATTHEW A. ERICKSEN, SR.
Georgia Bar No. 304088