# EXHIBIT F

| | | | | | |
|---|---|---|---|---|---|
| PDA: | | Homeland Security: | | Subject: | **Obstruct Investigation / Material Witness | Misd | Arrest** |
| | IBR Disposition: | **Arrest** | Case Management Disposition: | | |
| | Forensics: | | Reporting By/Date: | **T212401 - Rankine, Timothy   12/14/2019 05:55:27** | |
| | Case Report Status: | **Approved** | Reviewed By/Date: | **T206468 - Beall, Brett   12/14/2019 06:31:44** | |

Incident No. 1934800008.2

### Related Cases:
| Case Report Number | Agency |
|---|---|
| | |

### Non-Electronic Attachments
| Attachment Type | Additional Distribution | Count |
|---|---|---|
| | | |

| | | | |
|---|---|---|---|
| Location Address: | **4310 S 41ST St #29** | Location Name: | **FOREST HILL VILLAGE APTS** |
| City, State, Zip: | **Tacoma, WA 98409** | Cross Street: | |
| Contact Location: | | City, State, Zip: | |
| Recovery Location: | | City, State, Zip: | |
| CB/Grid/RD: | **401 - Tacoma** | District/Sector: | **TA32 - Tacoma** |
| Occurred From: | **12/14/2019 00:08:00 Saturday** | Occurred To: | |
| Notes: | | | |

## Offense Details: 4802 - Obstruct / Tampering Criminal Investigation / Witness / Evidence

| | | | | | |
|---|---|---|---|---|---|
| Domestic Violence: | **No** | Child Abuse: | | Gang Related: | **No/Unknown** | Juvenile: | |
| Completed: | **Completed** | Crime Against: | | Hate/Bias: | **None (No Bias)** |
| Criminal Activity: | | | | Using: | |
| Location Type: | **Apartment** | Type of Security: | | Tools: | |
| Total No. of Units Entered: | | Evidence Collected: | | | |
| Entrance Compromised: | | | | | |
| Entry Method: | | | | | |
| Suspect Description: | | | | | |
| Suspect Actions: | | | | | |
| Notes: | | | | | |

## Weapon 1: Personal Weapon (hands, fists, feet, etc.)

| | | | |
|---|---|---|---|
| Offense: | **4802 - Obstruct / Tampering Criminal Investigation / Witness / Evidence** | Serial No: | |
| Offender: | **A1 - Dean, Dustin Parnell** | OAN: | |

| | | | |
|---|---|---|---|
| Call Source: | **Dispatched** | Assisted By: | **211954 - Ford, Masyih** |
| Phone Report: | | Notified: | **Sgt Kitselman** |
| Insurance Letter: | | Entered By: | **T212401 - Rankine, Timothy** |
| Entered On: | **12/14/2019 05:15:49** | Approved By: | **Automated Policy** |
| Approved On: | **12/14/2019 06:33:04** | Exceptional Clearance: | |
| Adult/ Juvenile Clearance: | | Exceptional Clearance Date: | |
| Additional Distribution: | | Other Distribution: | |
| **Validation Processing** | Distribution Date: 12/14/2019 | County Pros. Atty. X   Juvenile   Other   CPS   Supervisor: |
| | By: AUTOMATED POLICY | City Pros. Atty.   Military   DSHS   PreTrial |

Records has the authority to ensure correct agency, CB/Grid/RD, and District/Sector are incorporated in the report.

Printed: 12/14/2019 06:33:04
Printed By: Automated Policy

| | | | |
|---|---|---|---|
| Weapon: | **Personal Weapon (hands, fists, feet, etc.)** | Automatic: | |
| Other Weapon: | | Caliber: | |
| Action: | | Gauge: | |
| Manufacturer: | | Length: | |
| Make: | | Finish: | |
| Importer: | | Grips: | |
| Model: | | Stock: | |
| Weapon Notes: | | | |

## Investigative Information

| | | | |
|---|---|---|---|
| Means: | | Motive: | |
| Vehicle Activity: | | Direction Vehicle Traveling: | |

Synopsis:

Narrative:

On 12-14-2019, I (PPO Rankine) and PPO Ford were working as uniformed patrol officers as a two-man car (H031) for the Tacoma Police Department (TPD) in Ford's fully marked patrol vehicle in the City of Tacoma.

At approximately 0008 hours, we were dispatched to a disorderly call with multiple callers reporting a possible Domestic Violence with a female yelling for help.

Upon arrival, we had dispatch call one of the RPs to let us into the secured building. As we were walking up to building 4310, we heard what sounded like a female yelling and screaming for help. The female sounded like she was in distress and needed help. Once inside the building, I heard the female scream "stop it, please stop". The RP explained to us the yelling and screaming had been going on for approximately 20 minutes and the RP lived next door in apartment 30.

PPO Ford and I rushed up to the door of apartment 29. At the door, I observed the door was partially open, and I heard clearly the voice of a female screaming for help. I checked the door handle to the apartment, and it was unlocked. I knocked on the door and the door swung open. PPO Ford and I announced we were "Tacoma Police Department" at the door into the residence approximately 3 times. The apartment had no lights on besides the light by the entryway by the front door. We also instructed any resident in the apartment to come out with their hands up.

A white male wearing grey pants, a sweater, and a grey collar shirt emerged from the dark apartment. The white male later identified as A/DEAN, DUSTIN P was barely visible, and I was unable to see his hands clearly. PPO Ford and myself had our service pistols drawn and was held in a modified high ready position. I instructed A/DEAN to show me his hand but he refused to do so. A/DEAN had his hands tucked arms that were crossed his chest and was unwilling to comply with our commands. We issued out numerous commands to A/DEAN to show us his hands. A/DEAN transitioned his hands to his back as we continued to instruct A/DEAN to show us his hands and step out of the apartment to speak with us.

As we continued to issue out verbal commands, I observed A/DEAN to be non-compliant as he debated with us over laws. A/DEAN stated we have no right to speak with him. A/DEAN finally made his hands visible as they were balled up into a fist by his side. A/DEAN took up a bladed stance and had a blank stare. A/DEAN's demeanor was aggressive and non-compliant. A/DEAN moved/ rushed towards us and the doorway in an aggressive/ assaultive manner, demanding answers from us. Once out of the doorway into the stairwell I conducted a control hold on A/DEAN's left arm instructing him to place his arms behind his back for the purpose of detaining him for investigation purposes.

A/DEAN pulled away from my arm hold and began to actively resist us. We continued to instruct A/DEAN to place his hand behind his back so that we may detain him to investigate the welfare of the other residents in the apartment. Due to A/DEAN physically resisting us, A/DEAN was taken to the ground where

he continued to fight our control and attempts to detain him. PPO Ford informed dispatched we were "fighting with one" as other TPD units were enroute to assist us. We continued to wrestle with A/DEAN to gain his arms to be able to handcuff him. A/DEAN continued to actively resist pulling/shoving us as we attempted to place him in handcuffs. A/DEAN yelled, "You have no rights to detain me or contact me". We eventually were able to prone him out and place handcuffs on him at the next landing down stairs from the apartments.

While PPO Ford and I were trying to restrain A/DEAN, O1/HENRIQUEZ, VANESSA and her daughter attempted to pull me away from A/DEAN. I had to physically push them back numerous time and instructed them to stay back. PPO Ford had to draw his Taser to get O1/HENRIQUEZ, VANESSA and her daughter to stay away from us.

Other TPD units arrived to assist us; Sgt Kitselman was on scene and was brief of the incident.

Once A/DEAN was in our patrol vehicle, I contacted O1/HENRIQUEZ, VANESSA and asked her what was going on tonight. O1/HENRIQUEZ, VANESSA stated that she was arguing with A/DEAN over food items at her company dinner party. I asked O1/HENRIQUEZ, VANESSA if they had been drinking tonight and she stated that A/DEAN and herself have been drinking but did not drive home. O1/HENRIQUEZ, VANESSA stated at no point during the verbal argument did anything get physical with A/DEAN. O1/HENRIQUEZ, VANESSA was advised that A/DEAN was being transported to Pierce County Jail for booking. O1/HENRIQUEZ, VANESSA daughter was uncooperative and did not want to provide me with her name. O1/HENRIQUEZ was provided with a DV resource sheets and an incident number.

See additional reports for further incident details.

| Reviewed By: | | Reviewed Date: | |
|---|---|---|---|