# EXHIBIT G

# AFFIDAVIT OF VANESSA RAY

Before the undersigned officer authorized to administer oaths, personally appeared VANESSA RAY, who, after first being duly sworn, deposes and says based on his personal knowledge that the facts contained in this Affidavit are true and correct.

1.

My name is Vanessa Ray. I am at least twenty-one (21) years of age and am competent to give this Affidavit based on my own personal knowledge of the facts and information contained therein.

2.

In December 2019 I lived in a third floor unit at Forest Hill Village Apartments in Tacoma, Washington. I lived there with my adult daughter.

3.

On the evening of Friday, December 13, 2019 I went to a party with my boyfriend Dustin Dean. It was a Christmas party at my bosses house. We arrived back home to my apartment around midnight.

4.

As we arrived back to my apartment Dustin and I were having a trivial argument about the food that was served at the party. The argument was purely verbal. At no time did Dustin threaten me and at not time did I feel threatened.

5.

I am naturally a "loud talker" who can get pretty animated so it would not surprise me if someone could overhear me talking with Dustin.

6.

Dustin and I went inside my apartment and we continued to talk. I then went in the bathroom to change out of my outfit.

7.

While I was inside the bathroom I started to hear a commotion outside and I went to see what was going on.

8.

The front door to my apartment was wide open and I could see two police officers manhandling Dustin at the top of the stairway. It looked like the officers were trying to drag Dustin down the stairs.

9.

My daughter and I could not believe what was happening so we started yelling at the officers. We thought we were witnessing police brutality so my quick-thinking daughter got out her cell phone to record what was happening.

10.

I had no idea why they were arresting Dustin and the officers would not answer my questions. The officers proceeded to put Dustin in a chokehold and drag him down the stairs.

11.

The officers were very aggressive and yelled at Dustin to "put his fucking hands behind his back."

12.

The officers were repeatedly asked for their badge numbers and who their supervisor was and they would not respond to either question.

13.

While my daughter and I were watching this brutality the officers told us to get back inside and they threatened to tase us.

14.

At no point did I see Dustin try to fight the officers or harm them in any way.

15.

After the officers were struggling with Dustin for several minutes my daughter and I went back inside my apartment to call 911 and request the officers' supervisor. I called 911 because I believed that Dustin was being wrongfully arrested and that the officers' use of force was excessive.

16.

Dustin was eventually handcuffed behind his back and a man claiming to be the officers' supervisor spoke with me briefly. The supervisor took notes during the conversation and I thought he was taking down my complaint.

17.

I told the police that Dustin and I had just been having a verbal argument and there was no reason for him to be arrested. Oddly, the officers never asked me to provide a written statement.

18.

At no point did I voluntarily allow the officers into my apartment and I am very concerned that they felt comfortable barging in without a warrant. At no point was I yelling "help" or anything similar that would have given them the idea that I was in any kind of danger.

19.

Dustin was arrested for allegedly obstructing the officers and I immediately called his family requesting they go to Pierce County Jail to bond him out.

20.

Subsequent to the December 2019 incident I have learned that the two primary officers who arrested Dustin were Timothy Rankine and Masyih Ford.

21.

It was Officer Rankine who had put Dustin in a chokehold and also had taken out his taser and threatened to hurt me and my daughter.

22.

Based on my observations during the incident I think Officer Rankine and Officer Ford are overly aggressive, poorly trained officers. Rather than try to talk to me, the alleged "victim", about what was going on, it appears they rushed inside my apartment without permission and immediately put hands on Dustin without giving him any explanation why. What I observed in the stairway was two officers brutally and forcefully extracting my boyfriend, Dustin, out of my home before mounting him like a horse leaving him gasping for air in what I believe was an illegal arrest.

23.

In addition to my concerns about how they treated Dustin I am very bothered by the officers conduct toward me and my daughter. My perception of the situation was that the officers were threatening to tase my daughter if she didn't stop filming the arrest.

24.

My daughter sent me a copy of the cell phone video she made of part of the incident. The video is 3:43 long and it begins very shortly after I came out of my apartment to see what was going on. I certify that a true and correct copy of the video my daughter recorded is attached hereto as Exhibit "A".

FURTHER AFFIANT SAYETH NOT.

This 31st day of July, 2020.

_____
VANESSA RAY

STATE OF WASHINGTON )
                                ) ss.
COUNTY OF PIERCE     )

Signed and sworn to (or affirmed) before me on this 31st day of July 2020 by Vanessa Ray.

(Seal or Stamp)

BRANDIE L SIMMONS
Notary Public
State of Washington
License Number 20101537
My Commission Expires
January 02, 2024

_____
Print Name: Brandie Simmons
Notary Public
My commission expires: 1/02/2024