1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10  DUSTIN DEAN,                         CASE NO. C21-5822 MJP

11              Plaintiff,               ORDER STAYING
                                         PROCEEDINGS
12       v.

13  CITY OF TACOMA, TIMOTHY
    RANKINE, MASYIH FORD,
14
                Defendants.
15

16

17       The Court issues this Order sua sponte and in light of Defendants' Notice of Appeal of

18  the Court's Summary Judgment Order, which, among other things, denied Defendants' request

19  for qualified immunity. (See Dkt. No. 85.) Under Ninth Circuit precedent, a "district court is

20  automatically divested of jurisdiction to proceed with trial pending appeal" of a denial of

21  qualified immunity. Chuman v. Wright, 960 F.2d 104, 105 (9th Cir. 1992). The only exception is

22  when "the district court find[s] that the defendants' claim of qualified immunity is frivolous or

23  has been waived[.]" Id. In that instance, "the district court may certify, in writing, that defendants

24  have forfeited their right to pretrial appeal, and may proceed with trial." Id.

ORDER STAYING PROCEEDINGS - 1

1    Considering these principles, the Court finds that Defendants' claim of qualified

2    immunity is neither frivolous nor waived and it therefore STAYS this case pending the appeal.

3    The Court hereby STRIKES the trial date and all remaining pretrial deadlines, pending a

4    decision on Defendant's appeal. The Court also withholds ruling on any of the pending motions

5    for the duration of the stay, which shall be administratively terminated. The Parties are

6    ORDERED to file a joint status report within 15 days of issuance of the Ninth Circuit's mandate

7    on the appeal or any order or notice terminating the appeal.

8    The clerk is ordered to provide copies of this order to all counsel.

9    Dated May 8, 2025.

10

11    Marsha J. Pechman
     United States Senior District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24